## JUDGE OTIS D. WRIGHT, II
## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
**The Court ORDERS the parties to make every effort to agree on dates.**

| Case No.  2:25-cv-07909-ODW-MAA | Case Name: Jane Doe 1 (M.Q.) v. County of Los Angeles | | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Plaintiff's Proposed Date mm/dd/yyyy** | **Defendant's Proposed Date mm/dd/yyyy** |
| Check one:   ☒ Jury Trial   or   ☐ Court Trial<br>*[Tuesdays at 9:00 a.m.]*<br>Estimated Duration, in days | | 11/10/2026<br>(4-6 days) | 11/10/2026<br>(4-6 days) |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine<br>*[Mondays at 1:30 p.m., 22 days before trial]* | | 10/19/2026 | 10/19/2026 |
| **Event**<br>*Note:* Hearings must be on Mondays at 1:30 p.m.<br>Other dates can be any day of the week**.** | **Weeks Before Trial** | **Plaintiff's Proposed Date mm/dd/yyyy** | **Defendant's Proposed Date mm/dd/yyyy** |
| Last Date to *Hear* Motions to Amend Pleadings/Add Parties [Monday] | (12 weeks after Sched. Conf.) | 2/9/2026 | 2/9/2026 |
| Non-Expert Discovery Cut-Off<br>**(no later than deadline for _filing_ dispositive motion)** | 17 | 7/13/2026 | 7/13/2026 |
| Expert Disclosure (Initial) | | 7/20/2026 | 7/20/2026 |
| Expert Disclosure (Rebuttal) | | 8/3/2026 | 8/3/2026 |
| Expert Discovery Cut-Off | | 8/10/2026 | 8/10/2026 |
| Last Date to *Hear* Motions | 10 | 8/31/2026 | 8/31/2026 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 11 | 8/24/2026 | 8/24/2026 |
| ***Alternative Dispute Resolution ("ADR") Procedure (select one)*:**<br>(Magistrate Judge *[with Court approval],* Court's Mediation Panel, or Private Mediation) | | ☐ 1. Mag. Judge<br>☒ 2. Panel<br>☐ 3. Private | ☐ 1. Mag. Judge<br>☒ 2. Panel<br>☐ 3. Private |
| **Trial Filings**<br> • Proposed Pretrial Conference Order;<br> • Memoranda and Contentions of Fact and Law;<br> • Joint Witness List;<br> • Joint Exhibit List and Exhibit Stipulation;<br> • Proposed Verdict Form(s);<br> • Proposed Jury Instructions / Disputed Jury Instructions;<br> • Proposed Voir Dire Questions;<br> • Joint Statement of the Case<br> • Joint Report re: Settlement<br> • Objections to Deposition Designations | 4 | 10/12/2026 | 10/12/2026 |
| **Trial Filings**<br> • Motions In Limine | 3 wks + 6 days | 10/14/2026 | 10/14/2026 |