**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE 1 (M.Q.) | CASE NUMBER |
| PLAINTIFF(S) | 2:25–cv–07909–ODW–BFM |
| v. | |
| COUNTY OF LOS ANGELES, et al. | |
| DEFENDANT(S). | **MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Brianna Fuller Mircheff. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X Video Conference

Magistratet Judge: Brianna Fuller Mircheff

Date/Time:        June 18, 2026 at  01:00 PM

Courtroom:        Zoom information can be found on the court's website under Judge Mircheff's Procedures and Schedules Page

June 11, 2026
  Date

By  /s/ Christianna Howard
Deputy Clerk

CV–19 (11/21)        MOTION RE: INFORMAL DISCOVERY DISPUTE